## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>1718 Connecticut Ave., N.W.<br>Suite 200<br>Washington, DC 20009,<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>      Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 11- 0945 (ABJ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

The undersigned, Javier M. Guzman, hereby enters his appearance as counsel of record for Defendant in the above-captioned case.

    /s/   Javier M. Guzman
JAVIER M. GUZMAN D.C. BAR # 462679
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-1761
(202) 514-8780 (fax)
Javier.Guzman2@usdoj.gov