# EXHIBIT 1

# <u>P</u>rototypes and <u>T</u>echnology for <u>I</u>mprovised <u>E</u>xplosives <u>D</u>evice <u>D</u>etection (PTIEDD)

## Broad Area Announcement 05-03

## (BAA 05-03)

## Proposal Information Pamphlet (PIP)

## Department of Homeland Security

## Homeland Security Advanced Research Projects Agency (HSARPA)

## December 21, 2004

## <u>White Papers</u> Due February 1, 2005

## <u>Proposals</u> Due April 12, 2005

**For Questions Regarding This Solicitation:**

## <u>BAA05-03@dhs.gov</u>



# TABLE OF CONTENTS

1 Background .................................................................................................................. 3
   1.1     Program Description ............................................................................................ 3
2 Program Approach and Schedule .................................................................................. 3
   2.1 Government Furnished Equipment and Resources ................................................. 4
   2.2 Review Panel ....................................................................................................... 4
   2.3 Test and Evaluation Facilities ............................................................................. 4
   2.4 Program Structure and Program Schedule ........................................................... 4
3 Objectives and Goals .................................................................................................. 5
   3.1 Technical Topic Areas ......................................................................................... 5
4 Deliverables ............................................................................................................... 7
   4.1 Deliverables ........................................................................................................ 7
5 Information for offerors ............................................................................................... 8
   5.1 Eligible Applicants .............................................................................................. 8
   5.2 Types of Awards Including Other Transactions for Prototypes ............................. 8
   5.3 Registration and Submission Instructions ............................................................ 8
   5.4 Applications and Submission Information ............................................................. 9
   5.5 Proprietary Information Protection ....................................................................... 9
   5.6 Security ............................................................................................................... 9
   5.7 Organizational Conflict of Interest ...................................................................... 9
   5.8 Bidders Conference .............................................................................................. 9
   5.9 White Paper Guidance and Content .................................................................... 10
      5.9.1 Format and Size Limitations ......................................................................... 10
      5.9.2 Organization Quad Chart .............................................................................. 10
      5.9.3 Title, Performer, Total Cost .......................................................................... 10
      5.9.4 Executive Summary ...................................................................................... 10
      5.9.5 Technical Approach ...................................................................................... 11
   5.10 Proposal Guidance and Content ........................................................................ 11
      5.10.1 Volume I, Technical and Management Proposal (15 page limit inclusive) ............... 12
      5.10.1.1 Section I. Official Transmittal Letter: ........................................................ 12
      5.10.1.2 Section II. Abstract of Proposal: ............................................................... 12
      5.10.1.3 Section III. Proposal ................................................................................ 12
      5.10.2 Volume II, Management Proposal (*50 page limit inclusive*) ......................... 12
      5.10.3 Volume III, Cost Proposal ........................................................................... 12
   5.11 Contact Information for Questions Regarding this Solicitation ........................... 12
   5.12 Anticipated Funding Level ............................................................................... 12
   5.13 Multiple Submissions ....................................................................................... 12
   5.14 Preliminary Solicitation and Award Schedule ................................................... 12
6 Evaluation criteria and selection process ................................................................... 12
   6.1 White Papers ..................................................................................................... 12
   6.2 Proposals .......................................................................................................... 12
   6.3 Reviews and Selection Process .......................................................................... 12
7 List of Attachments .................................................................................................. 12

# 1 BACKGROUND

The Homeland Security Advanced Research Projects Agency (HSARPA) invests in programs offering the potential for revolutionary changes in technologies that promote homeland security and accelerates the prototyping and deployment of technologies that reduce homeland vulnerabilities. HSARPA is the external funding arm for the Department of Homeland Security Science and Technology Directorate (DHS S&T). HSARPA performs these functions in part by awarding procurement contracts, grants, cooperative agreements, or other transactions for research or prototypes to public or private entities, businesses, and universities.

A critical area of focus for DHS is the protection of the homeland from the threat of high explosives in vehicles. In support of this critical focus area, HSARPA is initiating the **"Prototypes and Technology for Improvised Explosives Device Detection" (PTIEDD)** Program. Its goals are:

- To develop, rapid prototype, and improve products and systems capable of detecting explosive compounds in vehicles;

- To support research and development of next generation or novel technologies or prototypes for detection of improvised explosives in vehicles, in leave-behind packages, or carried by suicide bombers.

This BAA consists of two Technical Topic Areas (TTAs) described in Section 3. The BAA is structured to solicit Proposals for near term projects (TTA-1) where pre-production working prototypes are to be delivered and evaluated within 9 to 18 months after award. In addition, Proposals are also solicited to design, develop, and demonstrate future or novel technologies and devices (TTA-2) that will significantly advance the state of the art in each critical area. It is anticipated that prototypes will be delivered under TTA-2 no later than 60 months after award.

## 1.1 Program Description

The PTIEDD Program will require innovative or novel capabilities in multiple disciplines including material science, computer science, chemistry, physics, electrical, mechanical and systems engineering. In order to best accomplish the goals of the PTIEDD Program, HSARPA anticipates receiving Proposals with innovative teaming that may include private sector organizations; government laboratories, including Federally Funded Research and Development Centers (FFRDCs); and academic institutions.

# 2 PROGRAM APPROACH AND SCHEDULE

The approach and schedule ensures that explosive detection technologies will be rapidly prototyped and will be in place in a timely manner to be effective against indiscriminate bomb or explosive threats. HSARPA anticipates making multiple awards under this solicitation.

## 2.1 Government Furnished Equipment and Resources

In support of the TTAs, the government will consider requests for government furnished resources and technologies. As part of this solicitation HSARPA will **not** publish a list of potentially applicable technologies for accelerated schedule Proposals.

## 2.2 Review Panel

A review panel drawn from government and non-government experts who have signed appropriate non-disclosure agreements will perform technical evaluations of the proposed efforts. Bidders may request a government only review, but must indicate so when submitting on the website.

## 2.3 Test and Evaluation Facilities

Department of Homeland Security Science & Technology Directorate will make available appropriate test and evaluation facilities to support this program. Bidders must note any specific requirements needed for test and evaluation of proposed concepts in their Proposal.

## 2.4 Program Structure and Program Schedule

The BAA consists of two Technical Topic Areas (TTAs), described below. Responses to TTA-1 should propose near term (9-18 months) solutions, whereas those to TTA-2 should describe technologies requiring more long-term (up to 60 months) development. All responses should describe multi-Phased efforts, offering clear points for decisions about whether proceeding to the next Phase is technically justified. Continuation of work past Phase I will also be based upon the availability of funds, and other programmatic considerations as determined by HSARPA. Primes may submit only a single response addressing TTA-1 and/or a single response addressing the first round of TTA-2 (see Section 5.13 for additional information). Note there are additional opportunities or rounds to submit responses to address TTA-2 (see Table 5.1).

**TTA-1**: Provide rapid development and prototypes of systems for the detection of explosives in trucks or cars. It is anticipated that these projects will address prototyping of complete systems and be structured into two Phases:

| | |
|---|---|
| Phase I: | Performers will provide detailed performance predictions and lifecycle versus performance cost trades during a short program design Phase culminating with a Critical Design Review (CDR). |
| Phase II: | Following a successful CDR, performers will proceed with a rapid development and testing of a prototype or implementation and testing of enhancements to an existing system. |

**TTA-2:** Develop novel or innovative technologies and/or systems with significant improvements in the performance and total cost of ownership compared to current technologies or those being developed in projects addressing TTA-1 requirements. It is anticipated that these efforts will be structured in three Phases and will culminate in a complete, fully operational, prototype system meeting or exceeding most of the goals for the selected applications:

| | |
|---|---|
| Phase I: | Performers will conduct the necessary feasibility analysis, research, development, and demonstrations to validate the proposed concepts. |

BAA PTIEDD V53-3-1.doc

Performers will provide detailed performance predictions and lifecycle cost versus performance trades for the proposed system concept. The phase may contain an interim feasibility analysis review and will culminate in a Preliminary Design Review (PDR).

Phase II: Following a successful PDR, performers will conduct the necessary engineering and development presented at a Critical Design Review (CDR).

Phase III: Following a successful CDR, performers will proceed to develop and test a prototype.



**Figure 1. A notional schedule of the program execution timeline. Offerors are encouraged to propose their own schedule based upon their detailed understanding of the technical challenges and their realistic estimate of the technical effort required to solve the problem they propose.**

Projects addressing each of the TTAs must include: test and evaluation tasks, lab tests, and, where appropriate, operational user-oriented field tests.

# 3 OBJECTIVES AND GOALS

The objectives and goals of each TTA emphasize specific aspects of the detection problem. The TTA topics are detailed below:

## 3.1 Technical Topic Areas
### TTA-1: Vehicular IED Detection – Rapid Prototype
Proposals are requested for the rapid development and prototyping of systems for the detection of explosives in large vehicles, cars or other small vehicles. We seek technologies that can be effectively applied at chokepoints such as tollbooths; at staging areas for ferry boarding; and that can be used for random inspections of stationary vehicles in garages, parking lots and at curbside. These devices will be test-bed evaluated within 9 to 18 months following award.

All proposed concepts and designs must be appropriate for indoor and outdoor applications, must be benign to humans and property in the interrogated area, and eventually must be cost-effective to procure and maintain. Depending on the concept design and application, the devices should have the potential to be portable, transportable, or moveable between inspection sites. Deliverables shall include a prototype device and an operator's manual, suitable for dissemination to law enforcement professionals, which includes maintenance procedures and a recommended operational employment protocol.

Desired capabilities include, but are not limited to:

- Detection of the presence of as many different types of known explosives or explosive devices as possible.

- Amount of explosive: Configuration undetermined;

  Quantity in Large Vehicles: >230 kg

  Quantity in Small Vehicles: ≤ 230 kg

- Time to detect: Real time or near real time

- Transportable, mobile, or portable device

### TTA-2: Novel and Innovative Explosive Detection Technologies (Open for 12 months after release date of BAA)
One or more novel and innovative research and development projects may be funded to advance the sensitivity, selectivity, standoff distance, and remote detection capability of current explosive detection systems in various applications, including, but not limited to, detection of leave-behind packages, vehicles, and suicide bombers.

All proposed concepts and designs must be appropriate for indoor and outdoor applications, must be benign to humans and property in the interrogated area, and eventually be cost effective to procure and maintain. The Proposal should describe the technology and the proposed application of the technology. Depending on the concept design and application, the devices should have the potential to be portable, transportable, or moveable between inspection sites. Deliverables shall include a prototype device and an operator's manual, suitable for dissemination to law enforcement professionals, which includes maintenance procedures and a recommended operational employment protocol.
Desired capabilities include, but are not limited to the following areas:

- Detection of explosives on suicide bombers, or within leave-behind packages or luggage, drums, sealed or open containers, and large and small vehicles.

- Detection through various materials, including but not limited to, the shells of vehicles, suitcases, packages and clothing.

- Wide area surveillance and detection at distances greater than 10 meters. Protection of the operator from blast effects is an additional desired capability (i.e., the operator is safe from blast effects).

- Maximization of the throughput and/or shortened interrogation time of examined items (application dependent). Maximizing the detector performance to minimize false alarm rates.

- Transportable, mobile, or portable device for stationary or mobile targets.

The period of performance of efforts addressing TTA-2 should be no more than 60 months. This solicitation will remain open for responses to TTA-2 for one year after the initial release of this BAA. The timeline for White Paper review is listed in Table 5.1.

# 4 DELIVERABLES

To the exclusion of exceptions negotiated at time of award, any deliverable associated with this program may be released to outside organizations, both U.S. government and non-government, in support of DHS S&T efforts. The performer may recommend a preferred format for each deliverable, but the government will determine the final format. Monthly status reports are due within one week after the last day of each month; quarterly reports are due one week prior to the time of the quarterly reviews; and a comprehensive final report is due upon task completion.

## 4.1 Technical and Management Deliverables

**Monthly** - Brief (not more than one page) narrative reports will be electronically submitted to the Program Manager within one week after the last day of each month. These reports will describe the previous 30 calendar days' activity, technical progress achieved against goals, difficulties encountered, recovery plans (if needed), and explicit plans for the next 30 day period.

**Quarterly** - Quarterly reports (not to exceed 5 pages) will be electronically submitted to the Program Manager and are due one week prior to the time of the quarterly reviews. These reports will describe the previous 90 calendar days' activity, principals involved in the actual work of the period, technical progress achieved against goals, difficulties encountered, funds expended against each sub-task in the previous 90 day period, recovery plans (if needed), and explicit plans for the next 90 day period.

**Final** - For a final report, each Team will provide a technical report of their work performed during the preceding Phase or Phases of TTAs 1 - 2. This will include performance predictions, estimates of cost of ownership, and an enumeration of remaining unknowns and uncertainties. This final report will be a cumulative, stand-alone document that describes the work of the entire Phase leading up to it. It should detail how the design concept was refined and why the refinement was undertaken. It must include any technical data gathered, such as, measurements taken, models developed, simulation results, and formulations developed. This final report should also include "lessons learned" from the effort, recommendations for future research in this area, and a comprehensive and detailed account of all funds expended. Performers will develop a plan for executing future Phases of projects addressing TTAs 1 - 2, including an experimental plan for developing and testing the prototype bomb detection system and an activity schedule and cost breakdown. The final report for each of the projects will include a detailed work plan, including a Statement of Work, for executing any appropriate additional work or Phases.

**Other** –Reports or briefings for required tests, design reviews, or other activities will be provided when appropriate.

## 4.2 Additional Deliverables

Performers should define additional concept and program specific deliverables as appropriate for their specific proposal.

# 5 INFORMATION FOR OFFERORS

## 5.1 Eligible Applicants

Any entity or team of entities, other than the specific Department of Energy Laboratories listed in Appendix A, may submit a White Paper and/or Proposal in accordance with the requirements and procedures identified in this Broad Agency Announcement (BAA). There will be one submission permitted per group as the prime for TTA-1 and the first round of TTA-2. (see Section 5.13 for additional information). Historically Black Colleges and Universities (HBCU), Minority Institutions (MI), Small and Disadvantaged Businesses (SDB), Women-owned Businesses (WB), and HUB-zone enterprises are encouraged to submit Proposals, and to join others in submitting Proposals; however, no portion of the BAA will be set-aside for these special entities because of the impracticality of reserving discrete or several areas of research and development under this topic. Teams, which may include private sector organizations, government laboratories including Federally Funded Research and Development Centers (FFRDCs), and academic institutions, are encouraged to respond.

## 5.2 Types of Awards Including Other Transactions for Prototypes

Awards may be executed as contracts, grants, cooperative agreements or other transactions. Bidders may propose a preferred mechanism for award subject to negotiation and final approval of the government.

## 5.3 Registration and Submission Instructions

This BAA will remain open from date of issuance with two separate White Paper and Proposal evaluations. The evaluations will provide a coordinated evaluation of all White Paper and Proposals submitted following the schedule listed in table 5.1. **Note: TTA-2 of this BAA will remain open for 12 months after the initial release of this BAA to accept innovative White Papers and Proposals**. Reviews of subsequent TTA-2 White Paper and Proposals submissions will be completed by dates listed in Table 5.1

To aid in the management of the anticipated large response to this solicitation, bidders are required to register in advance to submit either a White Paper or a full Proposal. Bidders will not be permitted to submit White Papers or Proposals unless registered. For the first round of evaluations (White Papers and Proposals), bidders must register by the deadlines listed in Table 5.1. The registration and submission timelines for the additional rounds for TTA-2, **are included in Table 5.1**. A separate registration is required for each White Paper and Proposal. Submissions will not be accepted from organizations that have not registered.

Any organization that wishes to participate in this BAA must register at www.hsarpabaa.com. Upon acquiring a username and password to access the site, select BAA 05-03 from the list on

BAA PTIEDD V53-3-1.doc

the left side of the screen and further select the specific TTA. Registrants should also receive a control identification number. Upon proper selection, buttons for registration and submission will appear. Fill in the requisite fields, and submit your registration, White Paper, or Proposal. Upon registration or submission, a file will be sent to the registered email address. Receipt of a file confirms your registration for the TTA referenced in the file. In the case of a White Paper or Proposal submission, please check the contents of the file. If they are incorrect, return to the website and make corrections.

## 5.4 Applications and Submission Information

Copies of this BAA may be downloaded from www.hsarpabaa.com. Paper copies of the BAA may be obtained by contacting:

Kelly Bray ~ 703-465-5745
Booz Allen Hamilton
4001 Fairfax Drive, Suite 750
Arlington, VA 22203
bray_kelly@bah.com

## 5.5 Proprietary Information Protection

All data uploaded to www.hsarpabaa.com is protected from public view or download. All submissions will be considered proprietary/source selection sensitive and protected accordingly. Documents may only be reviewed by the registrant, authorized government representatives, and assigned evaluators.

## 5.6 Security

It is anticipated that some aspects of this project may require access to classified information. The goals under this solicitation are currently unclassified. In the future, the DHS may choose to classify systems performance developed under this initiative. Bidders to this BAA will need to include a plan to handle SECRET level material.

For additional questions regarding security, please contact Shawn Waters.
Shawn Waters, Special Security Officer (contractor support)
shawn.waters@dhs.gov
202-254-5621

## 5.7 Organizational Conflict of Interest

Organizational Conflict of Interest issues will be evaluated on a case-by-case basis as outlined in Appendix B. Offerors who have existing contract(s) to provide Scientific, Engineering, Technical and/or Administrative support directly to the Program Officers or other operational activities of the Science and Technology Directorate will receive particular scrutiny.

## 5.8 Bidders Conference

HSARPA will hold a Bidders Conference for this BAA in January 2005. Additional information will be available on line at: *https://www.enstg.com/signup/passthru.cfm?RT123=DHS35872* or linking from www.hsarpabaa.com. The site includes directions to the location, local airports and names and contact information for area hotels. Explanation of registration fees is broken down on the registration website shown above. The point of contact for the Bidders Conference is:

Donna Blanger ~ 703-807-2795
Booz Allen Hamilton
3811 Fairfax Drive, Suite 600
Arlington, VA 22203
blanger_donna@bah.com

## 5.9 White Paper Guidance and Content

Offerors are strongly encouraged, but not required, to submit White Papers in advance of full Proposals. White Papers should capture the essence of a Proposal and are designed to permit offerors an opportunity to obtain feedback from HSARPA on their planned technology development without having to go to the expense and effort of writing a complete Proposal. If received by the White Paper submission deadline, the White Paper will be evaluated by a review panel comprised of government employees and government contractors specially selected to eliminate potential conflicts of interest. After this review, offerors will be promptly notified either encouraging or discouraging submission of a Proposal. A White Paper may consist of not more than a total of five pages, including a one page Quad Chart, all pictures, figures, tables, and charts in a legible size.

Not withstanding a request for a government-only review, the government intends to use employees and subcontractors of a support contractor to assist in administering the evaluation of White Papers and Proposals. These personnel will have signed, and will be subject to, the terms and conditions of non-disclosure agreements. Bidders may request a government-only review, but must indicate so when submitting on the website as well as indicating this clearly on the first page of the submitted document..

### 5.9.1 Format and Size Limitations

A White Paper is an electronic file in PDF format, readable by IBM-compatible PCs. The individual file size must be no more than 5 MB. **White Papers may not exceed five pages.** The White Paper should contain the following information in the following order:

- Quad Chart
- Title, performer, total cost information
- Executive Summary (including anticipated performance relative to goals)
- Technical Approach
- Summary of Personnel and Performer Qualifications and Experience
- Cost Summary

### 5.9.2 Organization Quad Chart

For instructions and sample of a Quad Chart, please see Appendix D or visit www.hsarpabaa.com.

### 5.9.3 Title, Performer, Total Cost

Provide a title of the proposed effort, the name and address of the performing organization, the name of the principal investigator, and the total cost and duration (in months) of the proposed effort. Provide the TTA number to which you are responding.

### 5.9.4 Executive Summary

Provide a concise description of the scientific, technical, engineering and management approach you propose to address in the TTA. Describe the various components of the system proposed

and relevant details about how they will function together. Describe the concept of operation and what is unique about your proposed solution. Provide a brief summary of your concept's anticipated performance relative to the TTA goals.

### 5.9.5 Technical Approach

Describe the basic scientific or technical concepts that will be used in each component or subsystem comprising your proposed solution to the problem described in the TTA. What is unique about your solution and what advantages might it afford compared to alternate approaches other performers in this field have taken? What has been the extent of your team's past experience in working with or employing the devices comprising your system or systems? What particular scientific, technical and / or engineering issues need to be addressed and resolved in the technical approach to demonstrate feasibility?

Explain the performance your proposed solution can be expected to meet measured against each of the specific technical attributes and performance requirements described in the Technical Topic Area section of the BAA. What are the key scientific, technical, or engineering challenges and the timing for each that must be met in order to successfully complete this project?

Describe all required material and information, which must be provided by the government to support the proposed work. Provide a brief summary of the costs to execute your Proposal, summarized by task.

## 5.10 Proposal Guidance and Content

Following Proposal registration, bidders may begin submitting Proposals, which must be submitted prior to the Proposal deadline. Although White Papers are strongly encouraged, bidders may submit a Proposal without a preceding White Paper.

Proposers can choose to alter their ideas, concepts, technical approaches, etc. or expand on their original ideas between submission of a White Paper and submission of the full Proposal. Discussion, suggestions, or advice between the government and offerors of White Paper topics is not binding. Proposers are free to submit a full Proposal without regard to any feedback or advice about White Papers that they may have received. Even if the feedback from the government in response to the White Paper is that a Proposal based on the offered idea is unlikely to receive funding, a full Proposal may still be submitted and will be evaluated uniformly with others. Proposals consist of three separate documents described in detail below.

- Volume I: Core Technical Proposal;
- Volume II: Management Proposal and Supplementary Technical Data;
- Volume III: Cost Proposal.

**Volume I is the primary document to be evaluated by the reviewers, with Volumes II and III providing supporting information.** The supplemental material in Volumes II and III are to be used at the discretion of the reviewer. The three-volume proposal comprises PDF files, or, if more convenient for Volume III, a Microsoft Excel file. Each volume must be a separate file, and submitted to the appropriate field on the website. The maximum file size for each volume is 5 MB.

Volume I, the core Technical Proposal, shall not exceed fifteen (15) pages in a font no smaller than 12 point. **Proposals for which Volume I exceeds the 15-page limit will be disqualified.**

BAA PTIEDD V53-3-1.doc

Volume II may not exceed fifty (50) pages. There is no page limit on Volume III. The fifteen page limitation for Volume I includes all pictures, figures, tables, and charts in a legible size. Graphic images inserted into the file should minimize file size and support clear display and document printing. Nonconforming proposals may be rejected without review. The submission of other supporting materials with the proposal is strongly discouraged and if submitted, will not be reviewed.

**5.10.1 Volume I, Technical and Management Proposal (15 page limit inclusive)**
Volume I provides the primary technical description of the proposal. **Volume I is the primary document to be evaluated by the reviewers, with Volumes II and III providing supporting information.** The supplemental material in Volumes II and III are to be used at the discretion of the reviewer.

**5.10.1.1 Section I. Official Transmittal Letter:**
Official transmittal letter with authorizing official signature. Include the proposal title and the specific TTA number that the proposal addresses.

**5.10.1.2 Section II. Abstract of Proposal:**
A one-page synopsis of the entire proposal including total costs proposed for each Phase. Provide a description of the scientific, technical, engineering and management approach you propose to address the goals of the TTA. Describe the various components of the system proposed and relevant details about how they will function together to achieve the goals of the TTA, pointing out what is unique about your proposed solution. Include a brief summary of your concept's anticipated performance relative to the TTA goals.

**5.10.1.3 Section III. Proposal**
This section describes the proposed work and the associated technical and management issues.

    a. **Ability of proposed work to meet the program goals.** This section is the centerpiece of the proposal and should describe the overall methodology and how it will meet the desired attributes and functionality goals specified in the TTA .
    b. **Detailed technical descriptions and technical approach for Phase I.** Identifies the critical issues and plans for executing Phase I of the technical effort.
    c. **Overview of technical approach for future Phases.**
    d. **Deliverables.** Provide a brief summary of all deliverables proposed under this effort, including data, software, and reports consistent with the objectives of the work involved.
    e. **Management plan.** Provide a brief summary of the management plan, including an explicit description of what role each participant or team member will play in the project, and their past experience in technical areas related to this proposal.
    f. **Requirements for government furnished resources.** Provide a brief summary of required information and data, which must be provided by the government to support the proposed work, if any.
    g. **Cost summary.** Summarize the projected total costs for each task in each year of the effort including a summary of subcontracts, man-hours, and consumables.

**5.10.2 Volume II, Management Proposal (*50 page limit inclusive*)**

a. **Technical Approach for Phase II (TTA-1) and Phases II and III (TTA-2).** Provide a preliminary description of the Phase II efforts in TTA-1 and the Phase II and III effort in TTA-2, including Gantt Charts and milestones.

b. **Statement of Work (SOW), Schedule and milestones.** Provide an integrated display for the proposed research, showing each task in the technical approach, including major milestones, in Phase I. Include a summary schedule for Phase II for TTA-1, and Phases II and III for TTA-2 with anticipated milestones. Include a section clearly marked as the Phase I Statement of Work (SOW) you propose to undertake. It is important to note that the SOW will be used for the initiation of contract negotiations for selected Proposals

c. **Management plan and key personnel.** Describe how the total team effort will be managed and provide rationale for participation of key team members. Provide resumes and curriculum vitas (CVs) for each of the key personnel.

d. **Relevant past experience.** Present the proposer's previous accomplishments and work in this and closely related research areas.

e. **Facilities.** Describes key facilities that will be used in the proposed effort. Delineate between classified and unclassified facilities.

f. **Requirements for government furnished resources.** Describe all required information and data with the respective classification level, if known, which must be provided by the government to support the proposed work, if any.

g. **Security plan.** Describes the rationale for what aspects of the work, if any, need to be protected, at what classification level, and propose a strategy for doing so. Provide the collateral clearance level held, if any, by each team member.

h. **Additional technical information or data.**

### 5.10.3 Volume III, Cost Proposal

*Section I. Cost Response*
The cost response should be in the offeror's format. Detailed Bases of Estimates are not required. Certified cost or pricing data are required. However, in order for the government to determine the reasonableness, realism and completeness of the Cost Proposal, the following data must be provided for each team member and in a cumulative summary:

**Labor:** Total labor includes direct labor and all indirect expenses associated with labor, to be used in the technical approach period of performance. Labor hours shall be allocated to each work outline element and segmented by team member. A labor summary by work outline is required. Provide a breakdown of fully loaded labor and rates for each category of personnel to be used on this project. A breakdown of direct and indirect costs is required.

**Direct Materials:** Total direct material that will be acquired and/or consumed in the technical approach period of performance. Limit this information to only major items of material and how the estimated expense was derived. For this agreement, a major item exceeds $50,000. Material costs shall be assigned to specific work outline elements. Subcontracts: Describe major efforts to be subcontracted, the source, estimated cost and the basis for this estimate. For this agreement a major effort exceeds $50,000. Subcontract labor and material shall be accounted for per the two paragraphs above. A summary chart showing each major subcontractor labor and material effort by work outline is required.

**Travel:** Total proposed travel expenditures relating to the technical approach period of performance. Limit this information to the number of trips, cost per trip, location, duration, and purpose of each trip.

**Other Costs:** Any direct costs not included above. List the item, the estimated cost, and basis for the estimate. The Cost Proposal should be consistent with your proposed SOW. Activities such as demonstrations required to reduce the various technical risks should be identified in the SOW and reflected in the Cost Proposal.

### Section II. Proposed Agreement w/ Attachments
Awards may be issued as a FAR contract, Other Transaction for Research, Other Transaction for Prototype, grants or cooperative agreement. Bidders are recommended to request an award mechanism. Teams requesting a non-FAR based award must submit the rational for their selection.

## 5.11 Contact Information for Questions Regarding this Solicitation
The applicable electronic address for all correspondence for this BAA is:
BAA05-03@dhs.gov

Program Manager:
Mr. Trent DePersia
Homeland Security Advanced Research Projects Agency
Washington, D.C. 20528
202-254-6152
trent.depersia@dhs.gov

Dr. Ira Skurnick
Office of Naval Research, Code 341
800 N. Quincy Street
Arlington, VA 22217
703-696-4596
skurnii@onr.navy.mil

## 5.12 Anticipated Funding Level
HSARPA anticipates that approximately $9M will be available for award to multiple teams under the PTIEDD solicitation, with the potential for continued effort into future years.

Multiple awards are anticipated. Awards will be made based on the evaluation, funds availability, and other programmatic considerations. The government reserves the right to fund none, some, parts, or all of the proposals received. Portions of resulting awards are likely to be segregated into optional tasks. It is the intention upon completion of proposal evaluation to notify bidders of an initiation of negotiation for awards or rejection of their proposal. In a limited number of cases, proposals will be put on hold pending the outcome of other negotiations and the availability of funds. HSARPA requests that those proposals put on hold remain valid for twelve months after the proposal closing date. The government has limited funds available for reaching the goals described in Section 3, and does not anticipate selecting more than two or three Proposals submitted in each Technical Topic Area.

## 5.13 Multiple Submissions

Organizations are limited to submitting one prime Proposal or White Paper for TTA-1, and one prime Proposal or White Paper for the first round of TTA-2 in this solicitation. In the case where a single concept applies to multiple TTAs, bidders should submit a single White Paper or Proposal selecting a primary TTA for evaluation. In the Proposal the bidder is invited to describe the relevance of the concept to the other TTA in addition to the primary TTA. Organizations may participate as subcontractors on more than one White Paper or Proposal for either TTA-1 and/or TTA-2. Organizations who have submitted a prime proposal to TTA-2 in round 1 may submit a prime proposal to TTA-2 in subsequent rounds.

## 5.14 Preliminary Solicitation and Award Schedule

The timeline for the registration, due dates, and review of the White Papers and the Proposals is included in Table 5.1.

To aid in the management of the anticipated large response to this solicitation, bidders are required to register in advance to submit either a White Paper or a full Proposal. Registration should be done at the website: http://www.hsarpabaa.com. White Papers and full Proposals submitted without a registration will not be evaluated. Bidders must register by the deadlines listed in Table 5.1. A separate registration is required for each submission

| Date | Event |
|------|-------|
| 21 Dec 2004 (Tue) | BAA Published (Website Registration Open) |
| 14 Jan 2005 (Fri) | Bidder's Conference |
| 20 Jan 2005 (Thu) | Registration Closed |
| 1 Feb 2005 (Tue) | White Papers Due TTA-1 & 2 Round 1 |
| 11 Mar 2005 (Fri) | White Papers Responses Round 1 |
| 12 Apr 2005 (Tue) | Proposals Due TTA-1 & 2 Round 1 |
| 20 May 2005 (Fri) | Decisions Announced Round 1 |
|  |  |
| 23 May 2005 (Mon) | Registration for TTA-2 Round 2 Open |
| 24 Jun 2005 (Fri) | Registration for TTA-2 Round 2 Closed |
| 8 Jul 2005 (Fri) | White Papers Due TTA-2 Round 2 |
| 3 Aug 2005 (Wed) | White Papers Responses TTA-2 Round 2 |
| 2 Sep 2005 (Fri) | Proposals Due TTA-2 Round 2 |
| 14 Oct 2005 (Fri) | Decisions Announce TTA-2 Round 2 |
|  |  |
| 8 Aug 2005 (Mon) | Registration for TTA-2 Round 3 Open |
| 15 Sep 2005 (Thu) | Registration for TTA-2 Round 3 Closed |
| 11 Oct 2005 (Tue) | White Papers Due TTA-2 Round 3 |
| 10 Nov 2005 (Thu) | White Papers Responses TTA-2 Round 3 |
| 13 Dec 2005 (Tue) | Proposals Due TTA-2 Round 3 |
| 20 Jan 2006 (Fri) | Decisions Announce TTA-2 Round 3 |

**Table 5.1. Bidder's Schedule**

HSARPA plans to review all White Papers under the initial submission no according to the schedule described in Table 5.1 using the evaluation criteria described in Section 6.  After the White Paper review, HSARPA will notify offerors, electronically or in writing, at its discretion, either encouraging or discouraging submission of full Proposals based upon this review. HSARPA does not intend to provide further feedback or a debrief to submitters of White Papers for which full Proposals are not encouraged.

HSARPA plans to review all Proposals according to the schedule described in Table 5.1. Proposals will be evaluated by a review panel using the criteria specified.  Following this review offerors will be notified whether or not their Proposal has been selected for initiation of negotiations for award..

# 6 EVALUATION CRITERIA AND SELECTION PROCESS

## 6.1 White Papers

The evaluation of White Papers will be accomplished through an independent technical review of each using the following criteria, which are listed in descending order of relative importance:

- **Quality and Technical Merit**: Sound technical and managerial approach to the proposed work, including a demonstrated understanding of the critical technology challenges required to address the desired system performance parameters and a strategy to address those issues, including a risk mitigation strategy;
- **Impact of the Project**: Potential of the concept to address the desired system attributes, performance parameters, and affordability for a relevant homeland security, law enforcement, or public safety applications;
- **Capabilities and Experience**: Capability to perform proposed work and history of performance of the Team and Team members in developing related technologies and systems.

## 6.2 Proposals

Volume I will be the primary Proposal for the evaluation, with Volumes II and III used as supplementary material at the discretion of the individual reviewer.  The evaluation of Proposals will be accomplished through an independent technical review of each using the following criteria, which are listed in descending order of relative importance:

- **Quality and Technical Merit**: Sound technical and managerial approach to the proposed work, including a demonstrated understanding of the critical technology challenges required to address the desired system performance parameters and a strategy to address those issues, including a risk mitigation strategy;
- **Impact of the Project**: Potential of the concept to address the desired system attributes, performance parameters, and affordability for a relevant homeland security, law enforcement, or public safety application;
- **Capabilities and Experience**: Capability to perform proposed work and history of performance of the Team and Team members in developing related technologies and systems;

- **Cost Realism:** Accurate, well-founded estimate of all costs related to performance of the proposed effort.

The final evaluation will be based upon an assessment of the overall best value to the government based upon these criteria.

## 6.3 Reviews and Selection Process

It is the policy of HSARPA to ensure an impartial, equitable, and comprehensive evaluation of all proposals and to select the source (or combination of sources) whose offer is most advantageous for the government. In order to provide the desired evaluation, government evaluators and employees and subcontractors of a support contractor will review and consider each submission. These personnel will have signed, and will be subject to, the terms and conditions of non-disclosure agreements. Only one submission will be permitted per group as the prime, bidders should submit a single White Paper or Proposal selecting a primary TTA for evaluation. Bidders may request a government-only review, but must indicate so during the White Paper and/or Proposal registration at http://www.hsarpabaa.com. HSARPA does not intend to provide further feedback or a debrief to submitters of White Papers for which full proposals are not encouraged.

Exchanges with offerors of the receipt of a Proposal do not constitute a rejection or counter offer by the government.

# 7 LIST OF ATTACHMENTS

- Appendix A              List of Excluded Bidders

- Appendix B              Organizational Conflict of Interest

- Appendix C              List of Acronyms

- Appendix D              Quad Chart Format

**Appendix A**                                    **List of Excluded Bidders**

This solicitation is a Broad Agency Announcement (BAA) considered to be full and open competition.  Therefore any entity other than the following DoE National Laboratories may propose:

1) Lawrence Livermore National Laboratory
2) Los Alamos National Laboratory
3) Oak Ridge National Laboratory
4) Pacific Northwest National Laboratory
5) Sandia National Laboratory
6) Brookhaven National Laboratory
7) Argonne National Laboratory
8) Idaho National Environmental and Engineering Laboratory
9) Remote Sensing Laboratory

The DoE National Laboratories listed above, termed DHS strategic partner laboratories, are prohibited because of their direct participation in DHS programs through the Office of Research and Development.

## Appendix B
Organizational Conflict of Interest

**ORGANIZATIONAL CONFLICT OF INTEREST**

(a) Determination. The Government has determined that this effort may result in an actual or potential conflict of interest, or may provide one or more offerors with the potential to attain an unfair competitive advantage.

(b) If any such conflict of interest is found to exist, the Contracting Officer may

(1) disqualify the offeror, or

(2) determine that it is otherwise in the best interest of the United States to contract with the offeror and include the appropriate provisions to mitigate or avoid such conflict in the contract awarded. After discussion with the offeror, the Contracting Officer may determine that the actual conflict cannot be avoided, neutralized, mitigated or otherwise resolved to the satisfaction of the Government, and the offeror may be found ineligible for award.

(c) Disclosure: The offeror hereby represents, to the best of its knowledge that:

(1) It is not aware of any facts which create any actual or potential organizational conflicts of interest relating to the award of this contract, or

(2) It has included information in its proposal, providing all current information bearing on the existence of any actual or potential organizational conflicts of interest, and has included the mitigation plan in accordance with paragraph (d) of this provision.

(d) Mitigation/Waiver. If an offeror with a potential or actual conflict of interest or unfair competitive advantage believes it can be mitigated, neutralized, or avoided, the offeror shall submit a mitigation plan to the Government for review. Award of a contract where an actual or potential conflict of interest exists shall not occur before Government approval of the mitigation plan. If a mitigation plan is approved, the restrictions of this provision does not apply to the extent defined in the mitigation plan. If not defined, then this provision applies fully.

(e) Other Relevant Information: In addition to the mitigation plan, the Contracting Officer may require further relevant information from the offeror. The Contracting Officer will use all information submitted by the offeror, and any other relevant information known to DHS, to determine whether an award to the offeror may take place, and whether the mitigation plan adequately neutralizes or mitigates the conflict.

(f) Corporation Change. The successful offeror shall inform the Contracting Officer within thirty (30) calendar days of the effective date of any corporate mergers, acquisitions, and/or divestures that may affect this provision.

(g) Flow-down. The contractor shall insert the substance of this clause in each first tier subcontract that exceeds the simplified acquisition threshold.

## Appendix C                                                    Acronyms

| | |
|---|---|
| BAA | Broad Agency Announcement |
| CDR | Critical Design Review |
| COTS | Commercial Off-the-Shelf |
| DHS | Department of Homeland Security |
| DoD | Department of Defense |
| DOE | Department of Energy |
| FAR | Federal Acquisition Regulations |
| FedBizOpps | Federal Business Opportunities (www.FedBizOpps.gov) |
| FFRDC | Federally Funded Research and Development Centers |
| G&A | General and Administrative |
| HSARPA | Homeland Security Advanced Research Projects and Agency |
| IR&D | Independent Research and Development |
| $KClO_3$ | Potassium Chloride |
| PDF | Portable Document Format |
| PDR | Preliminary Design Review |
| PTIEDD | Prototypes and Technology for Improvised Explosives Device Detection |
| RFP | Request for Proposal |
| S&T | Science and Technology |
| TBI | Truck Bomb Interdiction |
| TTA | Technical Topic Area |
| US | United States |

# Appendix D                                      Quad Chart Format

This template will be available in Microsoft PowerPoint Format at www.hsarpabaa.com.

**Quad Chart**        **BAA Number:** *(Number of the BAA Announcement)*
**– Format**          **TTA:** *(insert TTA Number)* **Phase:** *(Insert Part Number)*          Offeror Name
                      **Title:** *(Brief/short Title to describe offeror's proposed effort)*      Date

---

**Photograph or artist's concept**
Provide a simple but sufficiently detailed graphic that will convey the main idea of the final capability/use of the prototype, and its technological methodology.
It should further give an idea of the size and weight of the end item.

**Operational Capability:**
Provide information on how the system or system component would meet the goals listed in Section 3:

1) Performance Targets
2) Cost of Ownership
3) System Characteristics

**Proposed Technical Approach:**
Specifically, how will the problem be approached?
Describe tasks to be performed.
Describe any actions done to date.
Describe any related on-going effort by the offeror.
Describe the technology involved and how it will be used to solve the problem.
Describe the key technical challenges.

**Cost and Schedule:**
Provide any milestone decision points that will be required. Describe period of performance and total costs. Include the Phase I cost and length, and estimates of cost and lengths of subsequent Phases.
**Deliverables:**
Include all hardware and the following data deliverables: monthly status report, final report, test plans, test reports, specifications, computer program end items, user's manual, drawings, transition plan, etc.
**Corporate Information:**
You must include Offeror Name, POC full name, address, phone numbers and email.

BAA PTIEDD V53-3-1.doc