# EXHIBIT 3

# Prototypes and Technology for Improvised Explosives Device Detection
# (PTIEDD)

# Broad Area Announcement 05-03
# (BAA 05-03)

# Amendment - 2
## TTA-3

### Proposer Information Pamphlet (PIP)

### Department of Homeland Security
### Homeland Security Advanced Research Projects Agency (HSARPA)

May 19, 2006

Mandatory White Papers Due: June 19, 2006

Proposals Due: August 24, 2006

**For Questions Regarding This Solicitation:**

## BAA05-03@dhs.gov



*NOTE: Offerers are encouraged to view material on both www.fbo.gov (FedBizOps) and www.hsarpabaa.com for information and updates regarding BAA05-03.*

**Offerors attention is directed to the highlighted portions which reflect changes from the original BAA05-03.**

TABLE OF CONTENTS

1 Background .................................................................................................................. 3
   1.1    Program Description ........................................................................................... 3
2 PROGRAM APPROACH AND Schedule .................................................................... 4
   2.1 Government Furnished Equipment and Resources .............................................. 4
   2.2 Review Panel ...................................................................................................... 4
   2.3 Test and Evaluation Facilities ............................................................................. 4
   2.4 Program Structure and Program Schedule ........................................................... 4
3 Objectives and GOALS ................................................................................................ 5
   3.1 Technical Topic Area .......................................................................................... 5
4 DELIVERABLES .......................................................................................................... 6
   4.1 Technical and Management Deliverables ............................................................. 6
   4.2 Additional Deliverables ...................................................................................... 7
5 Information for offerors ................................................................................................. 7
   5.1 Eligible Applicants ............................................................................................. 7
   5.2 Types of Awards Including Other Transactions for Prototypes ........................... 8
   5.3 Registration and Submission Instructions............................................................ 8
   5.4 Applications and Submission Information ............................................................ 8
   5.5 Proprietary Information Protection ...................................................................... 8
   5.6 Security .............................................................................................................. 9
   5.7 Organizational Conflict of Interest ..................................................................... 9
   5.8 Mandatory White Paper Guidance and Content .................................................. 9
      5.8.1 Format and Size Limitations ..................................................................... 10
      5.8.2 Organization Quad Chart .......................................................................... 10
      5.8.3 Title, Performer, Total Cost ...................................................................... 10
      5.8.4 Executive Summary .................................................................................. 10
      5.8.5 Technical Approach ................................................................................... 11
   5.9 Proposal Guidance and Content........................................................................... 11
      5.9.1 Volume I, Technical and Management Proposal (15 page limit inclusive)................ 12
      5.9.1.1 Section I. Official Transmittal Letter:...................................................... 12
      5.9.1.2 Section II. Abstract of Proposal: .............................................................. 12
      5.9.1.3 Section III. Proposal. .............................................................................. 12
      5.9.2 Volume II, Management Proposal (*50 page limit inclusive*) ...................... 13
      5.9.3 Volume III, Cost Proposal ........................................................................ 13
   5.10 Contact Information for Questions Regarding this Solicitation ........................... 15
   5.11 Anticipated Funding Level ................................................................................ 15
   5.12 Multiple Submissions........................................................................................ 15
   5.13 Preliminary Solicitation and Award Schedule................................................... 16
6 Evaluation criteria and selection process...................................................................... 16
   6.1 White Papers ...................................................................................................... 16
   6.2 Proposals............................................................................................................ 17
   6.3 Reviews and Selection Process ........................................................................... 17
7 List of Attachments....................................................................................................... 18

# 1 BACKGROUND

The Homeland Security Advanced Research Projects Agency (HSARPA) invests in programs offering the potential for revolutionary changes in technologies that promote homeland security and accelerates the prototyping and deployment of technologies that reduce homeland vulnerabilities. HSARPA is the external funding arm for the Department of Homeland Security Science and Technology Directorate (DHS S&T). HSARPA performs these functions in part by awarding procurement contracts, grants, cooperative agreements, or other transactions for research or prototypes to public or private entities, businesses, and universities.

A critical area of focus for DHS is the protection of the homeland from the threat of high explosives. In support of this critical focus area, HSARPA has initiated the **"Prototypes and Technology for Improvised Explosives Device Detection" (PTIEDD)** Program. Its goals are:

- To develop, rapid prototype, and improve products and systems capable of detecting explosive compounds in vehicles;

- To support research and development of next generation or novel technologies or prototypes for detection of improvised explosives in vehicles, in leave-behind packages, or carried by suicide bombers;

- To develop, rapid prototype, and improve products and systems capable of detecting concealed explosives, explosive devices, and/or other weapons.

The solicitation for the PTIEDD Program originated in December 2004 with two Technical Topic Areas (TTAs). Guidelines concerning TTA-1 and TTA-2 can be found in the original Solicitation (www.HSARPAbaa.com) under "Proposer Information Pamphlet" and "Amendment 01". This amendment, Amendment-2, does not contain any information regarding TTA-1 or TTA-2. All information in BAA05-03 regarding TTA-1 and TTA-2 remains the same.

The purpose of this amendment is to announce the addition of TTA-3 which is available for proposal submission according to the schedule in Table 5.1 in Section 5.13 on page16 of this document. **Amendment-2 only provides information related to TTA-3; all other information in BAA05-03 remains the same**. TTA-3 is structured to solicit Proposals for near term projects where pre-production working prototypes are to be delivered, demonstrated, and evaluated within 9 to 18 months after award. This Proposer Information Pamphlet should be read in its entirety as sections of this amendment may be different from descriptions provided for TTA-1 and TTA-2.

## 1.1 Program Description

The PTIEDD Program will require innovative or novel capabilities in multiple disciplines including material science, computer science, chemistry, physics, electrical, mechanical and systems engineering. In order to best accomplish the goals of the PTIEDD Program, HSARPA anticipates receiving Proposals from individual entities or teams, which may include private sector organizations, government laboratories, Federally Funded Research and Development Centers (FFRDCs), and academic institutions.



# 2 PROGRAM APPROACH AND SCHEDULE

The program approach and schedule ensures that explosive device detection technologies will be rapidly prototyped and will be in place in a timely manner to be effective against indiscriminate bomb or explosive threats. HSARPA anticipates making one award under TTA-3.

## 2.1 Government Furnished Equipment and Resources

In support of TTA-3, the government will consider requests for government furnished resources and technologies. As part of this solicitation HSARPA will **not** publish a list of potentially applicable technologies for accelerated schedule Proposals.

## 2.2 Review Panel

A review panel drawn from government and non-government experts who have signed appropriate non-disclosure agreements will perform technical evaluations of the proposed efforts.

## 2.3 Test and Evaluation Facilities

Department of Homeland Security Science & Technology Directorate will make available appropriate test and evaluation facilities to support this program. Bidders must note any specific requirements needed for test and evaluation of proposed concepts in their Proposal.

## 2.4 Program Structure and Program Schedule

This amendment consists of one Technical Topic Area (TTA), TTA-3, which is described below. Responses to TTA-3 should propose near term (less than 18 months) solutions and should describe a two-phased effort, similar to the phases described below. The offeror should propose explicit milestones for program reviews and decision point(s).

Primes may submit only a single response addressing TTA-3. Multiple submissions will be accepted from Companies or Universities as long as they are from different facilities, departments, divisions, or other types of organizational structure within the same Company or University.

**TTA-3:** Provide rapid development and prototypes of portable, handheld, electro-optical based imaging systems for detection of concealed explosives, explosive devices, or other weapons. It is anticipated that these projects will address prototyping of complete systems and be structured into two Phases:

> Phase I:     Performers will provide detailed performance predictions and lifecycle versus performance cost trades during a short program design Phase culminating with a Critical Design Review (CDR).

> Phase II:     Following a successful CDR, performers will proceed with a rapid development and testing of a prototype or implementation and testing of enhancements to an existing system.



**Figure 1. A notional schedule of the program execution timeline.  Offerors are encouraged to propose their own schedule based upon their detailed understanding of the technical challenges and their realistic estimate of the technical effort required to solve the problem they propose.**

Projects addressing TTA-3 must include: test and evaluation tasks, lab tests, and operational user-oriented field tests.

# 3 OBJECTIVES AND GOALS

The objectives and goals of TTA-3 emphasize specific aspects of the detection problem.  The TTA topic is detailed below:

## 3.1 Technical Topic Area

*TTA-3: Concealed Explosives, Explosive Devices, or Other Weapons Detection – Rapid Prototype of Electro-Optical Imaging Systems*

Proposals are requested for the development of a portable, handheld, standoff detection system to be used by a trained operator to identify individuals carrying concealed explosives, explosive devices, or other weapons before those individuals can carry out an attack. Proposed concepts and designs must focus on improving current electro-optical based imaging technologies.  Proposals must include test methodologies for assessing resolution and detection capabilities.

All proposed concepts and designs must be appropriate for indoor and outdoor applications, must be benign to humans and property in the interrogated area, and eventually must be cost-effective to procure and maintain.

Required Capabilities include, but are not limited to:

- Detection system must be designed so that one operator can carry, hold, and operate it with one hand. The detection system should be sufficiently rugged to be operated in field demonstrations and evaluations;

- Detection system must have sufficient optical and image processing capabilities, sensitivity, and resolution to allow a trained user to identify an individual concealing explosives or explosive devices under one or two layers of clothing at a stand-off distance of up to a minimum of 50 meters required, 100 meters desired;

- Detection system must be capable of battery operation at a room temperature (20 degrees Celsius) operating environment where three (3) hours continuous use without recharge is required and greater than six (6) hours continuous use is desired;

- Detection system must include a corresponding user manual containing a concise description of the operation of the detection system. The User Manual must include, but not be limited to, the following sections: Specifications, Theory of Operation, Maintenance, Calibration Procedures, Diagrams of Internal Components, and Troubleshooting;

- Up to five (5) Operator Training Series must be provided at the Government's facility on how to operate the detection system. Each training series shall not exceed three (3), eight (8) hour sessions;

- Test methodologies must be proposed for assessing the sensitivity, resolution, and operational performance of the proposed device.

Desired Capabilities include, but are not limited to:

- Detection System may be able to detect other concealed weapons in addition to explosives materials and devices.

# 4 DELIVERABLES

To the exclusion of exceptions negotiated at time of award, any deliverable associated with this program may be released to outside organizations, both U.S. government and non-government, in support of DHS S&T efforts. The performer may recommend a preferred format for each deliverable, but the government will determine the final format. Monthly status reports are due within one week after the last day of each month; quarterly reports are due one week prior to the time of the quarterly reviews; and a comprehensive final report is due upon task completion.

## 4.1 Technical and Management Deliverables

**Monthly** - Brief (not more than two pages) narrative reports will be electronically submitted to the Program Manager within one week after the last day of each month. These reports will describe the previous 30 calendar days' activity, technical progress achieved against goals, difficulties encountered, recovery plans (if needed), explicit plans for the next 30 day period, and

financial expenditures (including expenditures during the past 30 day period, cumulative expenditures, and projected 30 day expenditures).

**Quarterly** - Quarterly reports (not to exceed 5 pages) will be electronically submitted to the Program Manager and are due one week prior to the time of the quarterly reviews.  These reports will describe the previous 90 calendar days' activity, principals involved in the actual work of the period, technical progress achieved against goals, difficulties encountered, funds expended against each sub-task in the previous 90 day period, recovery plans (if needed), explicit plans for the next 90 day period, and financial expenditures (including expenditures during the past 90 day period, cumulative expenditures, and projected 90 day expenditures).

**Final** - For a final report, each Team will provide a technical report of their work performed during the preceding Phase or Phases of TTA-3.  This will include performance predictions, estimates of cost of ownership, and an enumeration of remaining unknowns and uncertainties. This final report will be a cumulative, stand-alone document that describes the work of the entire Phase leading up to it.  It should detail how the design concept was refined and why the refinement was undertaken.  It must include any technical data gathered, such as, measurements taken, models developed, simulation results, and formulations developed.  This final report should also include "lessons learned" from the effort, recommendations for future research in this area, and a comprehensive and detailed account of all funds expended.

**Other** –Reports or briefings for required tests, design reviews, or other activities will be provided when appropriate.

## 4.2 Additional Deliverables

The following items must be delivered upon completion of the award:

- Three (3) Fully Functional Prototype Units
- Three (3) Prototype Carry Cases
- Three (3) User Manuals
- Calibration Tools and Procedures Document
- Up to five (5) Operator Training Series
- Acceptance Test Plan
- Test Reports (documenting performance and conformance to specifications)
- Maintenance Schedule
- Mean Time Between Failure (MTBF) Data

Performers should define additional concept and program specific deliverables as appropriate for their specific proposal.

# 5 INFORMATION FOR OFFERORS

## 5.1 Eligible Applicants

Any entity or team of entities, other than the specific Department of Energy Laboratories listed in Appendix A, may submit a White Paper and/or Proposal in accordance with the requirements and procedures identified in this amendment.  There will be one submission permitted per group as the prime for TTA-3 (see Section 5.12 for additional information).  Historically Black Colleges and Universities (HBCU), Minority Institutions (MI), Small and Disadvantaged

Businesses (SDB), Women-owned Businesses (WB), and HUB-zone enterprises are encouraged to submit Proposals, and to join others in submitting Proposals; however, no portion of the amendment will be set-aside for these special entities because of the impracticality of reserving discrete or several areas of research and development under this topic. Teams, which may include private sector organizations, government laboratories, Federally Funded Research and Development Centers (FFRDCs), and academic institutions, are encouraged to respond.

## 5.2 Types of Awards Including Other Transactions for Prototypes

Awards may be executed as contracts, grants, cooperative agreements or other transactions. Bidders may propose a preferred mechanism for award subject to negotiation and final approval of the government.

## 5.3 Registration and Submission Instructions

This amendment will remain open from date of issuance with separate White Paper and Proposal evaluations. The evaluations will provide a coordinated evaluation of all White Paper and Proposals submitted following the schedule listed in Table 5.1.

To aid in the management of the anticipated large response to this solicitation, bidders are required to register in advance to submit either a White Paper or a full Proposal. Bidders will not be permitted to submit White Papers or Proposals unless registered. Bidders must register by the deadlines listed in Table 5.1 for White Papers and Proposals; a separate registration is required for each White Paper and Proposal. Submissions will not be accepted from organizations that have not registered.

Any organization that wishes to participate in this amendment must register at www.hsarpabaa.com. Upon acquiring a username and password to access the site, select BAA05-03 from the list on the left side of the screen and further select the specific TTA. Registrants should also receive a control identification number. Upon proper selection, buttons for registration and submission will appear. Fill in the requisite fields, and submit your registration, White Paper, or Proposal. Upon registration or submission, a file will be sent to the registered email address. Receipt of a file confirms your registration for the TTA referenced in the file. In the case of a White Paper or Proposal submission, please check the contents of the file. If they are incorrect, return to the website and make corrections.

## 5.4 Applications and Submission Information

Copies of this BAA may be downloaded from www.hsarpabaa.com. Paper copies of the BAA may be obtained by contacting:

Kelly Bray ~ 202-254-5720
SETA Support
Booz Allen Hamilton
kelly.bray@associates.dhs.gov

## 5.5 Proprietary Information Protection

All data uploaded to www.hsarpabaa.com is protected from public view or download. All submissions will be considered proprietary/source selection sensitive and protected accordingly. Documents may only be reviewed by the registrant, authorized government representatives,

support contractors and assigned evaluators. All contractor personnel who will process or review submitted White Paper and Proposals will have signed, and will be subject to the terms of non-disclosure agreements. Their organizations are specifically forbidden to compete in this solicitation.

## 5.6 Security

Under TTA-3, proposed characteristics of hardware development, principles of operation and/or theoretical concepts can be marked as unclassified (unless classified under other programs). White Papers and Proposals can be submitted as Unclassified. The operational system performance and capabilities, including test plans and results, within the eventual award, however, shall be marked consistent with the Standoff Handheld Explosives Detector Program (SHED) Security Classification Guide (SCG) to be provided with subsequent award. All proposers must have an appropriately cleared facility and personnel to conduct the proposed work up to the SECRET level.

For additional questions regarding security, please contact Chris Featherston:
Christopher Featherston
Director of Security
Science & Technology Directorate
Department of Homeland Security
christopher.featherston@hq.dhs.gov
202-254-6117

## 5.7 Organizational Conflict of Interest

Organizational Conflict of Interest issues will be evaluated on a case-by-case basis as outlined in Appendix B. Offerors who have existing contract(s) to provide Scientific, Engineering, Technical and/or Administrative support directly to the Program Officers or other operational activities of the Science and Technology Directorate will receive particular scrutiny.

## 5.8 Mandatory White Paper Guidance and Content

Offerors are required to submit White Papers in advance of full Proposals. Failure to submit a mandatory White Paper will disqualify an offeror from submitting a full Proposal. Only one mandatory white paper per registration is allowed. The lead organization must remain the same on both the mandatory white paper and the proposal. Any full proposals submitted by entities who were not the prime for the mandatory white paper submission will be considered non-responsive.

White Papers should capture the essence of a Proposal and are designed to permit offerors an opportunity to obtain feedback from HSARPA on their planned technology development without having to go to the expense and effort of writing a complete Proposal. If received by the White Paper submission deadline, the White Paper will be evaluated by a review panel comprised of government employees and authorized government representatives specially selected to eliminate potential conflicts of interest. After this review, offerors will be promptly notified either encouraging or discouraging submission of a Proposal. A White Paper may consist of not more than a total of five pages, including a one page Quad Chart, all pictures, figures, tables, and charts in a legible size.

Not withstanding a request for a government-only review, the government intends to use employees and subcontractors of a support contractor to assist in administering the evaluation of White Papers and Proposals. These personnel will have signed, and will be subject to, the terms and conditions of non-disclosure agreements. Bidders may request a government-only review, but must indicate so when submitting on the website as well as indicating this clearly on the first page of the submitted document.

Discussion, suggestions, or advice given during communication between the Government and offerors on mandatory white paper topics is not binding. Offerors are free to submit a full proposal without regard to any feedback or advice about mandatory white papers that they may have received. Even if the feedback from the Government in response to the mandatory white paper is that a proposal based on the offered idea is unlikely to receive funding, a full proposal may still be submitted and will be evaluated uniformly with all the other proposal submissions.

After the evaluation of mandatory White Papers, HSARPA will promptly notify offerors to either encourage or discourage submission of a full proposal. For those white papers encouraged to submit full proposals, HSARPA will provide comments. Due to the large number of white papers typically submitted, HSARPA will not offer debriefings to offerors discouraged from submitting full Proposals. Offerors will be given 30 days from notification to submit a full proposal. The notification letter will include feedback and the specific deadline for submitting a full proposal.

### 5.8.1 Format and Size Limitations
A White Paper is an electronic file in PDF format, readable by IBM-compatible PCs. The individual file size must be no more than 5 MB. The font for all White Papers shall be no smaller that 12-font, except for diagrams, tables, or figures. The font for diagrams, figures, or tables should have fonts that are legible – no smaller than 10 point. The White Paper shall be single column. **White Papers may not exceed five pages.** The White Paper should contain the following information in the following order:

- Quad Chart (included in 5-page total limit)
- Title, performer, total cost information
- Executive Summary (including anticipated performance relative to goals)
- Technical Approach
- Summary of Personnel and Performer Qualifications and Experience
- Cost Summary

### 5.8.2 Organization Quad Chart
For instructions and sample of a Quad Chart, please see Appendix D or visit www.hsarpabaa.com.

### 5.8.3 Title, Performer, Total Cost
Provide a descriptive title of the proposed effort, the name and address of the performing organization, the name of the principal investigator, and the total cost and duration (in months) of the proposed effort. Provide the TTA number to which you are responding.

### 5.8.4 Executive Summary
Provide a concise description of the scientific, technical, engineering and management approach you propose to address in the TTA. Describe the various components of the system proposed and relevant details about how they will function together. Describe the concept of operation

and what is unique about your proposed solution. Provide a brief summary of your concept's anticipated performance relative to the TTA goals.

### 5.8.5 Technical Approach

Describe the basic scientific or technical concepts that will be used in each component or subsystem comprising your proposed solution to the problem described in the TTA. What is unique about your solution and what advantages might it afford compared to alternate approaches other performers in this field have taken? What has been the extent of your team's past experience in working with or employing the devices comprising your system or systems? What particular scientific, technical and / or engineering issues need to be addressed and resolved in the technical approach to demonstrate feasibility?

Explain the performance your proposed solution can be expected to meet measured against each of the specific technical attributes and performance requirements described in the Technical Topic Area section of the BAA. What are the key scientific, technical, or engineering challenges and the timing for each that must be met in order to successfully complete this project?

Describe all required material and information, which must be provided by the government to support the proposed work. Provide a brief summary of the costs to execute your Proposal, summarized by task.

## 5.9 Proposal Guidance and Content

Following Proposal registration, bidders may begin submitting Proposals, which must be submitted prior to the Proposal deadline.

Offerors must submit a mandatory White Paper in order to submit a Proposal. There will be no exceptions. Only one proposal per registration is allowed. The lead organization must remain the same on both the mandatory White Paper and the Proposal. Any full Proposals submitted by entities who were not the prime for the mandatory White Paper submission will be considered non-responsive.

Proposers can choose to alter their ideas, concepts, technical approaches, etc. or expand on their original ideas between submission of a White Paper and submission of the full Proposal. Discussion, suggestions, or advice between the government and offerors of White Paper topics is not binding. Proposers are free to submit a full Proposal without regard to any feedback or advice about White Papers that they may have received. Even if the feedback from the government in response to the White Paper is that a Proposal based on the offered idea is unlikely to receive funding, a full Proposal may still be submitted and will be evaluated uniformly with others. Proposals consist of three separate documents described in detail below.

- Volume I: Core Technical Proposal;
- Volume II: Management Proposal and Supplementary Technical Data;
- Volume III: Cost Proposal.

**Volume I is the primary document to be evaluated by the reviewers, with Volumes II and III providing supporting information.** The supplemental material in Volumes II and III are to be used at the discretion of the reviewer. The three-volume proposal comprises PDF files, or, if more convenient for Volume III, a Microsoft Excel file. Each volume must be a separate file, and submitted to the appropriate field on the website. The maximum file size for each volume is

5 MB. The font for all Proposals shall be no smaller that 12-font, except for diagrams, tables, or figures. The font for diagrams, figures, or tables should have fonts that are legible – no smaller than 10 point. The Proposal shall be single column.

Volume I, the core Technical Proposal, shall not exceed fifteen (15) pages in a font no smaller than 12 point. **Proposals for which Volume I exceeds the 15-page limit will be disqualified.** Volume II may not exceed fifty (50) pages. There is no page limit on Volume III. The fifteen page limitation for Volume I includes all pictures, figures, tables, and charts in a legible size. Graphic images inserted into the file should minimize file size and support clear display and document printing. Nonconforming proposals may be rejected without review. The submission of other supporting materials with the proposal is strongly discouraged and if submitted, will not be reviewed.

**5.9.1 Volume I, Technical and Management Proposal (15 page limit inclusive)**
Volume I provides the primary technical description of the proposal. **Volume I is the primary document to be evaluated by the reviewers, with Volumes II and III providing supporting information.** The supplemental material in Volumes II and III are to be used at the discretion of the reviewer. The total page limit of Volume I includes the official transmittal letter and abstract of proposal described in paragraph 5.9.1.1 and 5.9.1.2. If a separate cover page and table of contents are included at the discretion of the proposer, these pages shall be included in the total page limit of fifteen (15).

**5.9.1.1 Section I. Official Transmittal Letter:**
Official transmittal letter with authorizing official signature. Include the proposal title and the specific TTA number that the proposal addresses.

**5.9.1.2 Section II. Abstract of Proposal:**
A one-page synopsis of the entire proposal including total costs proposed for each Phase. Provide a description of the scientific, technical, engineering and management approach you propose to address the goals of the TTA. Describe the various components of the system proposed and relevant details about how they will function together to achieve the goals of the TTA, pointing out what is unique about your proposed solution. Include a brief summary of your concept's anticipated performance relative to the TTA goals.

**5.9.1.3 Section III. Proposal**
This section describes the proposed work and the associated technical and management issues.

   a. **Ability of proposed work to meet the program goals.** This section is the centerpiece of the proposal and should describe the overall methodology and how it will meet the desired attributes and functionality goals specified in the TTA .
   b. **Detailed technical descriptions and technical approach for Phase I.** Identifies the critical issues and plans for executing Phase I of the technical effort.
   c. **Overview of technical approach for future Phases.**
   d. **Deliverables.** Provide a brief summary of all deliverables proposed under this effort, including data, software, and reports consistent with the objectives of the work involved.
   e. **Management plan.** Provide a brief summary of the management plan, including an explicit description of what role each participant or team member will play in the project, and their past experience in technical areas related to this proposal.

f. **Requirements for government furnished resources.** Provide a brief summary of required information and data, which must be provided by the government to support the proposed work, if any.
g. **Cost summary.** Summarize the projected total costs for each task in each year of the effort including a summary of subcontracts, man-hours, and consumables.

## 5.9.2 Volume II, Management Proposal (*50 page limit inclusive*)

a. **Technical Approach for Phase II.** Provide a preliminary description of the Phase II efforts in TTA-3, including Gantt Charts and milestones.
b. **Statement of Work (SOW), Schedule and milestones.** Provide an integrated display for the proposed research, showing each task in the technical approach, including major milestones, in Phase I. Include a summary schedule for Phase II with anticipated milestones. Include a section clearly marked as the Phase I Statement of Work (SOW) you propose to undertake. It is important to note that the SOW will be used for the initiation of contract negotiations for selected Proposals
c. **Management plan and key personnel.** Describe how the total team effort will be managed and provide rationale for participation of key team members. Provide resumes and curriculum vitas (CVs) for each of the key personnel.
d. **Relevant past experience.** Present the proposer's previous accomplishments and work in this and closely related research areas.
e. **Facilities.** Describes key facilities that will be used in the proposed effort. Delineate between classified and unclassified facilities.
f. **Requirements for government furnished resources.** Describe all required information and data with the respective classification level, if known, which must be provided by the government to support the proposed work, if any.
g. **Security plan.** Describes the rationale for what aspects of the work, if any, need to be protected, at what classification level, and propose a strategy for doing so. Provide the collateral clearance level held, if any, by each team member.
h. **Additional technical information or data.**

## 5.9.3 Volume III, Cost Proposal

The cost proposal shall be submitted in the format supplied to the Offeror by the Government in the attached Excel file. The Government will **ONLY** accept Cost Proposals that have been completed with the attached Excel file. Since the Government will conduct "What If" scenarios using this information, the file must not be altered in any manner (i.e. no editing of imbedded formulas, no PDF files, etc.). Detailed Bases of Estimates are not required, but Certified Costs and/or Pricing Data are. However, in order for the Government to determine the reasonableness, realism, and completeness of the Cost Proposal, the following data must be provided for each team member as well as a cumulative summary providing an in-depth detailed description to support all Direct and Indirect Rates indicated in the proposal. Data such as Pool Rate Calculations, Pay Scales, Overhead detail, etc. must also be provided by the Offeror in order to appropriately support all rates and costs. The Government requires this data to properly analyze and determine the cost reasonableness of the Offeror's proposal.

1. The Government required format, a Microsoft Excel Spreadsheet attached to this document, details each Phase for the program. It will include:

a) **Direct Labor** - a detailed section including Labor Category, Unburdened Hourly Rates, Hours proposed, and the Total Cost of Labor (All rates must be comparable to GSA or similar labor rates. Offeror **MUST** provide source for all rates listed).

b) **Other Direct Costs (ODC)** - a detailed description and rationale for:

    i.   Subcontractor Costs - Direct Labor, ODC, & Indirect Rates

    ii.   Materials - Detailed costs and support for proposed items

    iii.   Travel - Per Diem, airfare, car rental, days/nights, etc.

"Other Direct Costs" and their prices must be supported. Offeror **MUST** provide substantial support for all costs in this section.

**Please Note:**

❖ All Subcontractor Costs must be broken out and supported in detail using the Government Cost Proposal Structure (Direct Labor Costs, Other Direct Costs, Indirect Costs, etc.)

❖ All unit prices for Materials must be supported with substantial data (receipts, company estimates, catalogues, etc.). This data can be supplied within the Excel Spread Sheet, a Word Document, or as an attachment in PDF or hardcopy.

❖ In regards to Travel, all information for Travel expenses must be in accordance with the Joint Travel Regulations (JTR) and include the following information:
  ➢ Cost of Airfare / Train ticket (provide a weighted average cost using a last minute booking, two week advance booking, and month in advance booking. Also provide where data was attained from – Travelocity, Expedia, etc.).
  ➢ Days of travel (provide number of days)
  ➢ Number of Contractors traveling
  ➢ Per Diem (only 75% of meals can be charged for days of travel)
  ➢ Miscellaneous Costs (rentals, parking, mileage/gas, etc.)

❖ **NOTE:** For a list of GSA approved Per Diem Rates and further details regarding the JTR, please refer to the following website: http://www.GSA.gov

c) **Indirect Costs / Rates** - All Indirect Rates incurred must be provided within the proposal; this includes G&A, Overhead, Fringe, and Fee. **Please note that the rates for these costs, like labor rates, MUST be supported with an in-depth detailed description.** Please provide data such as Pool Rate Calculations, Pay Scales, Overhead, Labor Detail, etc. to support all indirect rates. The Government requires this data in order to determine the cost reasonableness of the proposal. All Indirect Rates (Overhead, Fringe, G&A, COM, and Fee) must be applicable to the proposal, if not a rate of 0% should be applied. Rationale and/or support for

designated rates (i.e. DCAA, pool rate, labor description, etc.) is also required to support all data provided by the Offeror.

d)  **Total Contract Cost** – Sum of all aforementioned costs

Please note that the analysis of the Cost Proposal cannot begin until all information has been received by the Contracts Office. Any changes to your Technical approach or SOW will have to be captured in a revised Cost Proposal which will be requested by the Contracts Team upon their receipt of the final Technical Evaluation by the PM. Selection of your proposal by the Technical team does not mean that your proposed price is acceptable and final.

*Section II. Proposed Agreement w/ Attachments*
Awards may be issued as a FAR contract, Other Transaction for Research, Other Transaction for Prototype, grants or cooperative agreement. Bidders are recommended to request an award mechanism. Teams requesting a non-FAR based award must submit the rational for their selection.

## 5.10 Contact Information for Questions Regarding this Solicitation

The applicable electronic address for all correspondence for this BAA is:
BAA05-03@dhs.gov

Program Manager:
Mr. Trent DePersia
Homeland Security Advanced Research Projects Agency
Washington, D.C. 20528
202-254-6152
trent.depersia@dhs.gov

Contracting Officer:
Tim Davis
Department of Homeland Security, OPO
Washington, DC 20528
202-254-6110
202-254-6165 (fax)
Tim.Davis@dhs.gov

## 5.11 Anticipated Funding Level

HSARPA anticipates that not more than $2M will be available for award to one team under the PTIEDD TTA-3 solicitation. Awards will be made based on the evaluation, funds availability, and other programmatic considerations. The government reserves the right to fund none, some, parts, or all of the proposals received. Portions of resulting awards are likely to be segregated into optional tasks. It is the intention upon completion of proposal evaluation to notify bidders of an initiation of negotiation for awards or rejection of their proposal.

## 5.12 Multiple Submissions

Organizations are limited to submitting one prime Proposal or White Paper for TTA-3.
Organizations may participate as subcontractors on more than one White Paper or Proposal for

TTA-3. Organizations who have submitted a prime proposal to TTA-1 or TTA-2 (any round) may still submit as a prime to TTA-3.

Multiple submissions will be accepted from Companies or Universities as long as they are from different facilities, departments, divisions, or other types of organizational structure within the same Company or University.

## 5.13 Preliminary Solicitation and Award Schedule

The timeline for the registration, due dates, and review of the White Papers and the Proposals is included in Table 5.1.

To aid in the management of the anticipated large response to this solicitation, bidders are required to register in advance to submit either a White Paper or a full Proposal. Registration should be done at the website: http://www.hsarpabaa.com. White Papers and full Proposals submitted without a registration will not be evaluated. Bidders must register by the deadlines listed in Table 5.1. A separate registration is required for each submission.

| Date / Time | Event |
|---|---|
| May 19, 2006 | Registration for TTA-3 Open |
| June 15, 2006 / 4 pm ET | Registration for TTA-3 Closed |
| June 19, 2006 / 4 pm ET | White Papers Due TTA-3 |
| July 25, 2006 | White Papers Responses TTA-3 |
| August 24, 2006 / 4 pm ET | Proposals Due TTA-3 |
| October 10, 2006 | Decisions Announced TTA-3 |

Table 5.1. Bidder's Schedule

HSARPA plans to review all White Papers under the initial submission according to the schedule described in Table 5.1 using the evaluation criteria described in Section 6. After the White Paper review, HSARPA will notify offerors, electronically or in writing, at its discretion, either encouraging or discouraging submission of full Proposals based upon this review. HSARPA does not intend to provide further feedback or a debrief to submitters of White Papers for which full Proposals are not encouraged.

HSARPA plans to review all Proposals according to the schedule described in Table 5.1. Proposals will be evaluated by a review panel using the criteria specified. Following this review offerors will be notified whether or not their Proposal has been selected for initiation of negotiations for award.

# 6 EVALUATION CRITERIA AND SELECTION PROCESS

## 6.1 White Papers

The evaluation of White Papers will be accomplished through an independent technical review of each using the following criteria, which are listed in descending order of relative importance:

- **Quality and Technical Merit**: Sound technical and managerial approach to the proposed work, including a demonstrated understanding of the critical technology challenges required to address the desired system performance parameters and a strategy to address those issues, including a risk mitigation strategy;
- **Impact of the Project**: Potential of the concept to address the desired system attributes, performance parameters, and affordability for a relevant homeland security, law enforcement, or public safety applications;
- **Capabilities and Experience**: Capability to perform proposed work and history of performance of the Team and Team members in developing related technologies and systems.

## 6.2 Proposals

Volume I will be the primary Proposal for the evaluation, with Volumes II and III used as supplementary material at the discretion of the individual reviewer. The evaluation of Proposals will be accomplished through an independent technical review of each using the following criteria, which are listed in descending order of relative importance:

- **Quality and Technical Merit**: Sound technical and managerial approach to the proposed work, including a demonstrated understanding of the critical technology challenges required to address the desired system performance parameters and a strategy to address those issues, including a risk mitigation strategy;
- **Impact of the Project**: Potential of the concept to address the desired system attributes, performance parameters, and affordability for a relevant homeland security, law enforcement, or public safety application;
- **Capabilities and Experience**: Capability to perform proposed work and history of performance of the Team and Team members in developing related technologies and systems;
- **Cost Realism:** Accurate, well-founded estimate of all costs related to performance of the proposed effort.

The final evaluation will be based upon an assessment of the overall best value to the government based upon these criteria.

## 6.3 Reviews and Selection Process

It is the policy of HSARPA to ensure an impartial, equitable, and comprehensive evaluation of all proposals and to select the source (or combination of sources) whose offer is most advantageous for the government. In order to provide the desired evaluation, government evaluators and employees and subcontractors of a support contractor will review and consider each submission. These personnel will have signed, and will be subject to, the terms and conditions of non-disclosure agreements. Only one submission will be permitted per group as the prime, bidders should submit a single White Paper or Proposal selecting a primary TTA for evaluation. Bidders may request a government-only review, but must indicate so during the White Paper and/or Proposal registration at http://www.hsarpabaa.com. HSARPA does not intend to provide further feedback or a debrief to submitters of White Papers for which full proposals are not encouraged.

Exchanges with offerors of the receipt of a Proposal do not constitute a rejection or counter offer by the government.

# 7 LIST OF ATTACHMENTS

- Appendix A                 List of Excluded Bidders

- Appendix B                 Organizational Conflict of Interest

- Appendix C                 List of Acronyms

- Appendix D                 Quad Chart Format

## Appendix A                              **List of Excluded Bidders**

This solicitation is a Broad Agency Announcement (BAA) considered to be full and open competition. Therefore any entity other than the following DoE National Laboratories may propose:

1) Argonne National Laboratory
2) Brookhaven National Laboratory
3) Idaho National Environmental and Engineering Laboratory
4) Lawrence Livermore National Laboratory
5) Los Alamos National Laboratory
6) Oak Ridge National Laboratory
7) Pacific Northwest National Laboratory
8) Remote Sensing Laboratory
9) Savannah River National Laboratory
10) Sandia National Laboratory

The DoE National Laboratories listed above, termed DHS strategic partner laboratories, are prohibited because of their direct participation in DHS programs through the Office of Research and Development.

## Appendix B
## Organizational Conflict of Interest

**ORGANIZATIONAL CONFLICT OF INTEREST**

(a) Determination. The Government has determined that this effort may result in an actual or potential conflict of interest, or may provide one or more offerors with the potential to attain an unfair competitive advantage.

(b) If any such conflict of interest is found to exist, the Contracting Officer may

(1) Disqualify the offeror, or

(2) Determine that it is otherwise in the best interest of the United States to contract with the offeror and include the appropriate provisions to mitigate or avoid such conflict in the contract awarded. After discussion with the offeror, the Contracting Officer may determine that the actual conflict cannot be avoided, neutralized, mitigated or otherwise resolved to the satisfaction of the Government, and the offeror may be found ineligible for award.

(c) Disclosure: The offeror hereby represents, to the best of its knowledge that:

(1) It is not aware of any facts which create any actual or potential organizational conflicts of interest relating to the award of this contract, or

(2) It has included information in its proposal, providing all current information bearing on the existence of any actual or potential organizational conflicts of interest, and has included the mitigation plan in accordance with paragraph (d) of this provision.

(d) Mitigation/Waiver. If an offeror with a potential or actual conflict of interest or unfair competitive advantage believes it can be mitigated, neutralized, or avoided, the offeror shall submit a mitigation plan to the Government for review. Award of a contract where an actual or potential conflict of interest exists shall not occur before Government approval of the mitigation plan. If a mitigation plan is approved, the restrictions of this provision does not apply to the extent defined in the mitigation plan. If not defined, then this provision applies fully.

(e) Other Relevant Information: In addition to the mitigation plan, the Contracting Officer may require further relevant information from the offeror. The Contracting Officer will use all information submitted by the offeror, and any other relevant information known to DHS, to determine whether an award to the offeror may take place, and whether the mitigation plan adequately neutralizes or mitigates the conflict.

(f) Corporation Change. The successful offeror shall inform the Contracting Officer within thirty (30) calendar days of the effective date of any corporate mergers, acquisitions, and/or divestures that may affect this provision.

(g) Flow-down. The contractor shall insert the substance of this clause in each first tier subcontract that exceeds the simplified acquisition threshold.

## Appendix C                  Acronyms

| | |
|---|---|
| BAA | Broad Agency Announcement |
| CDR | Critical Design Review |
| COTS | Commercial Off-the-Shelf |
| DHS | Department of Homeland Security |
| DoD | Department of Defense |
| DOE | Department of Energy |
| FAR | Federal Acquisition Regulations (www.gsa.gov) |
| FedBizOpps | Federal Business Opportunities (www.fbo.gov) |
| FFRDC | Federally Funded Research and Development Centers |
| G&A | General and Administrative |
| HSARPA | Homeland Security Advanced Research Projects and Agency |
| IR&D | Independent Research and Development |
| MTBF | Mean Time Between Failure |
| PDF | Portable Document Format |
| PDR | Preliminary Design Review |
| PTIEDD | Prototypes and Technology for Improvised Explosives Device Detection |
| RFP | Request for Proposal |
| S&T | Science and Technology |
| TTA | Technical Topic Area |
| US | United States |

# Appendix D                                          **Quad Chart Format**

This template will be available in Microsoft PowerPoint Format at www.hsarpabaa.com.

| Quad Chart – Format | BAA Number: *(Number of the BAA Announcement)*<br>TTA: *(insert TTA Number)* Phase: *(Insert Part Number)*<br>Title: *(Brief/short Title to describe offeror's proposed effort)* | Offeror Name<br>Date |

| | |
|---|---|
| **Photograph or artist's concept**<br>Provide a simple but sufficiently detailed graphic that will convey the main idea of the final capability/use of the prototype, and its technological methodology.<br>It should further give an idea of the size and weight of the end item. | **Operational Capability:**<br>Provide information on how the system or system component would meet the goals listed in Section 3:<br><br>1) Performance Targets<br>2) Cost of Ownership<br>3) System Characteristics |
| **Proposed Technical Approach:**<br>Specifically, how will the problem be approached?<br>Describe tasks to be performed.<br>Describe any actions done to date.<br>Describe any related on-going effort by the offeror.<br>Describe the technology involved and how it will be used to solve the problem.<br>Describe the key technical challenges. | **Cost and Schedule:**<br>Provide any milestone decision points that will be required. Describe period of performance and total costs. Include the Phase I cost and length, and estimates of cost and lengths of subsequent Phases.<br>**Deliverables:**<br>Include all hardware and the following data deliverables: monthly status report, final report, test plans, test reports, specifications, computer program end items, user's manual, drawings, transition plan, etc.<br>**Corporate Information:**<br>You must include Offeror Name, POC full name, address, phone numbers and email. |