IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:11-00945 (ABJ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING**

Plaintiff the Electronic Privacy Information Center opposes Defendant's August 22, 2011 Motion for Summary Judgment and cross-moves for summary judgment.

A statement of genuine issues regarding Defendant's statement of material facts, Plaintiff's statement of material facts not in genuine dispute, a memorandum of points and authorities, and a proposed Order are filed herewith.

Pursuant to LCvR 7(f), Plaintiff requests an oral hearing on the parties' cross-motions.

Respectfully submitted,
_____*/s/ John Verdi*_____
JOHN VERDI (DC Bar # 495764)
MARC ROTENBERG (DC Bar # 422825)
GINGER MCCALL (DC Bar # 1001104)
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
*Counsel for Plaintiff*

Dated: September 22, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2011, I served the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING, including all exhibits and attachments, by electronic case filing upon:

    JAVIER M. GUZMAN
    Assistant United States Attorney
    U.S. Department of Justice

                                              */s/ John Verdi*
                                              John Verdi
                                              *Counsel for Plaintiff*