UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 11-00945 (ABJ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Per Local Civil Rule 7(h), Defendant submits this Response to Plaintiff's Statement of Material Genuine Facts Not in Genuine Dispute.

1. Not disputed.

2. Not a fact but a legal characterization.

3. Not disputed.

4. Not disputed.

5. Not a fact but a legal characterization.

6. Not disputed.

7. Not disputed.

8. Disputed that Defendant competed its search on August 15, 2011. Not disputed that Defendant released four records on that date.

9. Not disputed.

10. Not disputed.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

By:  ___/s/_____
JAVIER M. GUZMAN, D.C. Bar #462679
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-1761
Fax: (202) 514-8780
Javier.Guzman2@usdoj.gov

*Of counsel:*
Marshall L. Caggiano, Esq.
Office of General Counsel
Science & Technology Directorate
Department of Homeland Security