UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**US DEPARTMENT OF HOMELAND SECURITY**<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:11-cv-00945-BJR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for the Electronic Privacy Information Center.

>    Respectfully submitted,
>
>    By:  _____*Marc Rotenberg  /s/*_____
>    Marc Rotenberg, Esquire (DC Bar # 422825)
>    ELECTRONIC PRIVACY INFORMATION CENTER
>    1718 Connecticut Avenue, N.W.
>    Suite 200
>    Washington, D.C. 20009
>    (202) 483-1140 (telephone)
>    (202) 483-1248 (facsimile)

Dated:  March 28, 2012

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2012, a true copy of the foregoing Notice of Appearance was served via ECF on:

Javier M. Guzman
U.S. Attorney's Office
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 616-1761
(202) 514-8780 (fax)
javier.guzman2@usdoj.gov

*Marc Rotenberg /s/*
Marc Rotenberg