**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br><br>            Plaintiff,  )<br>    v.  )<br><br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY  )<br><br>            Defendant.  ) | No. 1:11-cv-00945 (BJR) |

**BILL OF LITIGATION FEES AND COSTS**

Costs:
Filing Fee, EPIC v. DHS (Filed May 20, 2011):                    $    350.00

Fees:
Litigation Fees, Marc Rotenberg:
    $495 (2012 Laffey) x 4.9 hours                               $ 2,425.50

Litigation Fees, John Verdi:
    $335 (2011 Laffey) x 6.8 hours                               $ 2,278.00

Litigation Fees, Ginger McCall:
    $230 (2011 Laffey) x 52.5 hours                              $12,075.00
    $240 x (2012 Laffey) 8.7 hours                               $ 2,088.00

Total:                                                           $19,216.50